# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Valdi Licul**
vlicul@wigdorlaw.com

February 18, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

      Re:    Maria DiLorenzo v. J. Crew Group, LLC, *et al.*; Case No. 1:21-cv-10768 (LJL)

Dear Judge Liman:

We represent Plaintiff Maria DiLorenzo in this matter and write jointly with Defendants to respectfully request an adjournment of the initial conference currently scheduled for February 28, 2022 at 10:30 a.m. The reason for this request is that the parties have scheduled a mediation in this matter on February 28. Plaintiff's counsel respectfully requests that the conference be adjourned to a date after March 14 because of an arbitration hearing beginning the week of March 7. This is the first request for an adjournment in this action.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Valdi Licul

CC: all counsel of record