

**Valdi Licul**
vlicul@wigdorlaw.com

November 22, 2024

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

> Request GRANTED. Defendants shall file, within three days, a letter explaining the need to seal or redact the documents.
>
> Dated: November 22, 2024
> New York, New York
>
> SO ORDERED.
>
> _Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   DiLorenzo v. J. Crew Group, LLC, et al.; Civil Case No. 1:21-cv-10768 (JLR)

Dear Judge Rochon:

We represent Plaintiff Maria DiLorenzo and write to respectfully request leave to file under seal documents and information that Defendants J. Crew Group, LLC, Libby Wadle, and Michael Nicholson (together, "Defendants") have identified as privileged and/or confidential. Specifically, Defendants have requested that Plaintiff file her memorandum of law in opposition to Defendants' Motion to Confirm the Arbitration Award and its corresponding exhibits under seal. Plaintiff has informed Defendants of their obligation, pursuant to Your Honor's Individual Rules of Practice in Civil Cases Rule 4(iii)(a), to file a letter within three (3) days "explaining the need to seal or redact the document[s]."

We thank the Court for its time and attention to this request.

Respectfully submitted,

Valdi Licul

Cc:   All Counsel of Record (*via* ECF)