UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA DILORENZO,

                Plaintiff,                                  21 **CIVIL** 10768 (JLR)

      -against-                                     **JUDGMENT**

J. CREW GROUP, LLC, MICHAEL
NICHOLSON, and LIBBY WADLE,
in their individual and professional capacities,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 10, 2025, the Court GRANTS Defendants' motion to confirm the Award. DiLorenzo's Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated**: New York, New York
         March 11, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                           **BY:**
                                                          **Deputy Clerk**